KAYE, ROSE & PARTNERS, LLP
Bradley M. Rose, Esq. (126281)
brose@kayerose.com
André M. Picciurro, Esq. (239132)
apicciurro@kayerose.com
1801 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

Attorneys for Plaintiff,
ORIENT SPIRIT NAVIGATION LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ORIENT SPIRIT NAVIGATION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>ANL CONTAINER LINE PTY LIMITED,<br><br>Defendant. | Case No. CV14-0572 PA-JCx<br><br>IN ADMIRALTY<br><br>[PROPOSED] ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT |

Having reviewed and considered the Motion for Issuance of Process of Maritime Attachment and Garnishment of Plaintiff ORIENT SPIRIT NAVIGATION LIMITED (hereinafter "ORIENT SPIRIT" or "plaintiff") and its Verified Complaint, together with the Attorney Declaration that Defendant ANL CONTAINER LINE PTY LIMITED (hereinafter "ANL" or "defendant") cannot be found within this District, and finding the conditions of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure appear to exist, the Court hereby:

ORDERS the Clerk to issue Process of Maritime Attachment and Garnishment pursuant to Rule B directing the United States Marshal for the

Central District of California to attach the bunkers belonging to defendant onboard M/V WINTER D, and to garnish any tangible or intangible property of the said defendant possessed on its behalf or for its benefit, or in the custody or control of the defendant's sub-charterers or agents; and

    ORDERS that during the period of attachment of the bunkers, M/V WINTER D is permitted to continue cargo operations, both discharging and loading, and to shift berths (consistent with U.S. Marshal requirements), always remaining within the Port of Los Angeles, California, and within this Court's jurisdiction, but at the risk and expense of the vessel's interests; and

    ORDERS that the Court shall issue further, supplementary writs of maritime attachment and garnishment on the request of plaintiff; and

    ORDERS that the bunkers and/or M/V WINTER D may be released from seizure without the necessity of further orders of this Court, provided that the Marshal or competent substitute custodian receives written authorization to do so from the attorney who requested the attachment and garnishment, stating that he has conferred with all attorneys representing parties to the litigation, and they consent to the request for release, and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the property which was attached pursuant to this Order; and

    ORDERS that any person claiming an interest in the property attached or garnished pursuant to order upon application of the Court, be entitled to a prompt hearing in which plaintiff shall be required to show why the attachment or garnishment should not be vacated or other relief granted; and

///
///
///
///
///

ORDERS that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment.

Dated: January 24, 2014

_____
U.S. MAGISTRATE JUDGE