UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIENT SPIRIT NAVIGATION LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>ANL CONTAINER LINE PTY LIMITED, et al.,<br><br>          Defendants. | Case No. CV 14-572 PA(JCx)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), the objections of plaintiff Orient Spirit Navigation Limited thereto ("Objections"), and the response (with supporting documents) to the Objections filed by specially appearing party ANL Singapore PTE Ltd. ("moving party"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

1

IT IS THEREFORE ORDERED:

1. The moving party's Motion to Vacate Attachment and for Costs and Security for Costs is granted to the extent it seeks an order vacating the attachment in issue and is otherwise denied.

2. Plaintiff's requests for discovery and a stay are denied.

3. The Clerk shall serve copies of this Order and the Report and Recommendation on counsel for all parties of record, including the moving party.

IT IS SO ORDERED.

DATED: September 6, 2014

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2