**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq. (126281)
André M. Picciurro, Esq. (239132)
1801 Century Park East, Suite 1500
Los Angeles, California  90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
E-mail: brose@kayerose.com
          apicciurro@kayerose.com

Attorneys for Plaintiff
**ORIENT SPIRIT NAVIGATION LIMITED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ORIENT SPIRIT NAVIGATION LIMITED,<br><br>           Plaintiff,<br><br>    v.<br><br>ANL CONTAINER LINE PTY LIMITED,<br><br>           Defendant. | Case No.:    **CV-14-0572 PA (JCx)**<br><br>**REPRESENTATION STATEMENT OF PLAINTIFF ORIENT SPIRIT NAVIGATION LIMITED** |

The undersigned represents ORIENT SPIRIT NAVIGATION LIMITED, Plaintiff and Appellant in the above-captioned matter, and no other party.  The following is a list of all parties in this matter and their respective counsel, pursuant to Local Circuit Rule 3-2 and F.R.A.P. 12(b):

Defendant ANL CONTAINER LINE PTY LIMITED;

Neil B. Klein, SBN 142734

neilk@mckassonklein.com

Michaël Fischer, Bar No. 202543

mfischer@mckassonklein.com

Maria del Rocio Ashby, SBN 206282

*Kaye, Rose & Partners LLP*

Kaye, Rose & Partners LLP

1    mrashby@mckassonklein.com

2    MCKASSON & KLEIN LLP

3    2211 Michelson Drive, Suite 320

4    Irvine, CA 92612

5    T. (949) 724-0200 / F. (949) 724-0201

6    **Attorneys for:** Defendant ANL CONTAINER LINE PTY LIMITED.

7

8    Specially Appearing Party ANL SINGAPORE PTE LTD;

9    Neil B. Klein, SBN 142734

10   neilk@mckassonklein.com

11   Michaël Fischer, Bar No. 202543

12   mfischer@mckassonklein.com

13   Maria del Rocio Ashby, SBN 206282

14   mrashby@mckassonklein.com

15   MCKASSON & KLEIN LLP

16   2211 Michelson Drive, Suite 320

17   Irvine, CA 92612

18   T. (949) 724-0200 / F. (949) 724-0201

19   **Attorneys for:** Specially Appearing Party ANL SINGAPORE PTE LTD.

20

21   Dated: October 6, 2014             **KAYE, ROSE & PARTNERS, LLP**

22

23                                      By:   /s/ Andre M. Picciurro
                                        Bradley M. Rose
24                                      André M. Picciurro
                                        Attorneys for Plaintiff
25                                      ORIENT SPIRIT NAVIGATION
                                        LIMITED
26

27

28

2

REPRESENTATION STATEMENT          Case No.
                                  CV-14-0572 PA