1  Neil B. Klein, Bar No. 142734
   neilk@mckassonklein.com
2  Michaël Fischer, Bar No. 202543
   mfischer@mckassonklein.com
3  Maria del Rocio Ashby, Bar No. 206282
   mrashby@mckassonklein.com
4  **McKASSON & KLEIN LLP**
   2211 Michelson Drive, Suite 320
5  Irvine, California 92612
   Telephone: (949) 724-0200
6  Facsimile:　(949) 724-0201

7  ATTORNEYS FOR: Specially appearing
   party ANL SINGAPORE PTE LTD
8

9              UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

11

| ORIENT SPIRIT NAVIGATION LIMITED, | Case No.: 14-cv-0572 PA (JCx) |
|---|---|
| Plaintiff, | The Honorable Percy Anderson |
| vs. | **REQUEST FOR A STATUS CONFERENCE BY SPECIALLY APPEARING PARTY ANL SINGAPORE PTE LTD** |
| ANL CONTAINER LINE PTY LIMITED, | |
| Defendants. | IN ADMIRALTY |
| | **Restricted Appearance Pursuant to Rule E(8)** |

Specially appearing party ANL SINGAPORE PTE LTD ("ANL-S") respectfully requests, pursuant to Fed. R. Civ. P. 16(a), that the Court convene a status conference in the above-captioned matter to address an intended wrongful attachment claim by ANL-S against Plaintiff and schedule discovery and briefing in connection with a motion for wrongful attachment damages. ANL-S also requests that the Court retain jurisdiction of this maritime action for the limited purpose of resolving issues relating to wrongful attachment.

-1-

     On February 10, 2015, ANL-S requested that Plaintiff stipulate to the Court retaining jurisdiction to hear the wrongful attachment claim. In a Minute Order issued the next day, the Court ordered Plaintiff to show cause on or before February 21, 2015 why the action should not be dismissed for lack of prosecution. As of this filing, ANL-S has not heard back from Plaintiff on the request for stipulation. But since dismissal of the action appears imminent, ANL-S elected to submit this request for a status conference to bring its intended wrongful attachment claim to the Court's attention.

     WHEREFORE, ANL-S respectfully requests that Court hold a status conference in this matter at the earliest practicable date that is convenient for the Court.

Dated: February 13, 2015          */s/ Neil B. Klein*
Neil B. Klein
Michaël Fischer
Maria del Rocio Ashby
**MCKASSON & KLEIN LLP**
Attorneys for ANL SINGAPORE PTE LTD, specially appearing party pursuant to F.R.C.P. Supp. R. E(8)

-2-
REQUEST FOR A STATUS CONFERENCE BY SPECIALLY APPEARING PARTY ANL SINGAPORE PTE LTD

# CERTIFICATE OF SERVICE

I, Neil B. Klein, hereby certify and declare as follows:

1. I am over the age of 18 and not a party to this action.

2. I am a citizen of the United States and employed in Orange County, California. My business address is 2211 Michelson Drive, Suite 320, Irvine, California 92612.

3. I am readily familiar with this firm's practice with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation.

4. On February 13, 2015, I served by electronically filing in accordance with CM/ECF procedures, the rules governing the electronic filing and subsequent service of documents in the United States District Court in and for the Central District of California a true and correct copy of:

- **REQUEST FOR A STATUS CONFERENCE BY SPECIALLY APPEARING PARTY ANL SINGAPORE PTE LTD**

5. Upon information and belief counsel for all known parties are registered participants of the CM/ECF system; therefore notice will be duly served by electronic mail to the following parties by and through their counsel of record at their email addresses as follows:

**KAY, ROSE & PARTNERS, LLP**
1801 Century Park East, Suite 1500
Los Angeles, CA  90067
Bradley M. Rose          -   brose@kayerose.com
Andre M. Picciurro       -   apicciurro@kayerose.com
**Attorneys for Plaintiff Orient Spirit Navigation Limited**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Neil B. Klein*
Neil B. Klein