**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq. (126281)
André M. Picciurro, Esq. (239132)
1801 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
E-mail: brose@kayerose.com
 apicciurro@kayerose.com

Attorneys for Plaintiff
**ORIENT SPIRIT NAVIGATION LIMITED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ORIENT SPIRIT NAVIGATION LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>ANL CONTAINER LINE PTY LIMITED,<br><br>          Defendant. | Case No.:   CV-14-0572 PA (JCx)<br><br>**PLAINTIFF ORIENT SPIRIT NAVIGATION LIMITED'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJDUICE**<br><br>**[FRCP 41(a)(1)]** |

   PLEASE TAKE NOTICE that Plaintiff ORIENT SPIRIT NAVIGATION LIMITED ("ORIENT SPIRIT") pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire action without prejudice.

   Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

   **(a) Voluntary Dismissal.**

      **(1)** *By the Plaintiff.*

         **(A)** Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

NOTICE OF VOLUNTARY DISMISSAL           Case No. CV-14-0572 PA (JCx)

**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

\* \* \*

As noted by this Court in its Order to Show Cause dated February 11, 2015 (Docket No. 59), ORIENT SPIRIT filed its Amended Verified Complaint on February 19, 2014. (Docket No. 24.) To date, no Answer has been filed or served. Similarly, no motion for summary judgment has been filed or served by any party in this case. Accordingly, ORIENT SPIRIT files this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P 41(a)(1)(A)(i) which governs voluntary dismissal by plaintiffs without Court Order.

Dated: February 19, 2015　　　　　　**KAYE, ROSE & PARTNERS, LLP**

By:　/s/ André M. Picciurro
　　Bradley M. Rose
　　André M. Picciurro
　　Attorneys for Plaintiff
　　ORIENT SPIRIT NAVIGATION
　　LIMITED