Neil B. Klein, Bar No. 142734
neilk@mckassonklein.com
Michaël Fischer, Bar No. 202543
mfischer@mckassonklein.com
Maria del Rocio Ashby, Bar No. 206282
mrashby@mckassonklein.com
**McKASSON & KLEIN LLP**
2211 Michelson Drive, Suite 320
Irvine, California 92612
Telephone: (949) 724-0200
Facsimile:   (949) 724-0201

ATTORNEYS FOR: Specially appearing party ANL SINGAPORE PTE LTD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ORIENT SPIRIT NAVIGATION LIMITED,<br><br>   Plaintiff,<br><br>vs.<br><br>ANL CONTAINER LINE PTY LIMITED,<br><br>   Defendants. | Case No.:  14-cv-0572 PA (JCx)<br>The Honorable Percy Anderson<br><br>IN ADMIRALTY<br><br>**RESTRICTED APPEARANCE PURSUANT TO RULE E(8)**<br><br>**DECLARATION OF MICHAËL FISCHER IN SUPPORT OF MOTION FOR STATUS CONFERENCE BY SPECIALLY APPEARING PARTY ANL SINGAPORE PTE LTD**<br><br>Hearing Date:   March 23rd 2015<br>Time:             1:30 p.m.<br>Courtroom:     15 |

**DECLARATION OF MICHAËL FISCHER**

I, Michaël Fischer, hereby declare the following:

1.  I am a partner with McKasson & Klein LLP, attorneys of record for specially appearing Party ANL Singapore Pte Ltd ("ANL-S") in this litigation. I have personal knowledge of the facts declared herein and, if called to testify regarding these facts, I would and could competently testify thereto.

2.  I submit this Declaration in support of ANL-S' Motion for Status Conference.

3. On Feb 12th 2014, I submitted a declaration to this Court detailing communications in which I informed Plaintiff's counsel, after Plaintiff's attachment of bunkers aboard the M/V WINTER-D, that Plaintiff had sued the wrong entity in this matter, that ANL Singapore was a separate entity from named defendant ANL Container Line Pty Limited ("ANL-CL"), that costs were accruing due to the improper attachment, and that ANL-S would seek to recover all associated costs, damages, fees and expenses. My declaration is on file with the Court as Dkt. 20.

4. During the week of Jan 27th 2014, because Plaintiff refused to release the bunkers unless it received substitute security from ANL-CL and ANL-S, I negotiated the release of the attached bunkers with Plaintiff's counsel in exchange for a Letter of Undertaking ("LOU"), to be provided by ANL-S and ANL-CL's insurer. Plaintiff's counsel, Andre Picciurro, received a draft of the LOU and reviewed, revised and accepted its language on behalf of Plaintiff. Attached hereto as Exhibit "A" is a true and correct copy of the LOU.

5. On or about Jan 30th 2015, I provided Plaintiff's counsel with an executed copy of the LOU with the language acceptable to the parties. Plaintiff accepted the LOU as substitute security for the bunkers and released the bunkers so the Vessel could set sail.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed February 23, 2015 in Orange County, California.

_____
Michaël Fischer