1 | Neil B. Klein, Bar No. 142734
neilk@mckassonklein.com
2 | Michaël Fischer, Bar No. 202543
mfischer@mckassonklein.com
3 | Maria del Rocio Ashby, Bar No. 206282
mrashby@mckassonklein.com
4 | **McKASSON & KLEIN LLP**
2211 Michelson Drive, Suite 320
5 | Irvine, California 92612
Telephone: (949) 724-0200
6 | Facsimile:   (949) 724-0201

7 | ATTORNEYS FOR: Specially appearing
party ANL SINGAPORE PTE LTD
8 |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| ORIENT SPIRIT NAVIGATION LIMITED, | ) Case No.:  14-cv-0572 PA (JCx) |
|---|---|
| | ) The Honorable Percy Anderson |
| Plaintiff, | ) |
| | ) IN ADMIRALTY |
| vs. | ) |
| | ) **NOTICE OF LODGING OF [PROPOSED]** |
| ANL CONTAINER LINE PTY LIMITED, | ) **ORDER RE MOTION FOR STATUS** |
| | ) **CONFERENCE BY SPECIALLY** |
| Defendants. | ) **APPEARING PARTY ANL SINGAPORE** |
| | ) **PTE LTD** |
| | ) |
| | ) **Restricted Appearance Pursuant to** |
| | ) **Rule E(8)** |
| | ) |
| | ) Hearing Date:  March 23rd 2015 |
| | ) Time:             1:30 p.m. |
| | ) Courtroom:    15 |

**TO THE COURT, PLAINTIFF AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that specially appearing party ANL SINGAPORE PTE LTD ("ANL-S") hereby lodges with this Court its [Proposed] Order in connection with its Motion for Status Conference.

-1-

The [Proposed] Order is attached hereto as Exhibit A and is also being submitted in Word to Judge Percy Anderson via the ECF system.

Dated: February 23, 2015        */s/ Neil B. Klein*
Neil B. Klein
Michaël Fischer
Maria del Rocio Ashby
**MCKASSON & KLEIN LLP**
Attorneys for ANL SINGAPORE PTE LTD, specially appearing party pursuant to F.R.C.P. Supp. R. E(8)